**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

COREY ALAN HOUSTON,

  Plaintiff,

v.                                                                  CASE NO.: 1:24-cv-00392-LMM-JCF

EQUIFAX INFORMATION
SERVICES LLC, EXPERIAN
INFORMATION SOLUTIONS, INC.,
TRANS UNION LLC, and NAVY
FEDERAL CREDIT UNION,

     Defendants.
_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO EXPERIAN INFORMATION SOLUTIONS, INC. AND TRANS UNION LLC

COMES NOW Plaintiff, COREY ALAN HOUSTON, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses his causes of action in the Complaint against the Defendants, EXPERIAN INFORMATION SOLUTIONS, INC. ("Experian") and TRANS UNION LLC ("Trans Union"). Defendants, Experian and Trans Union, have neither filed an answer to the Complaint, nor a motion for summary judgment, therefore dismissal under Rule 41 (a)(1)(A)(i) is appropriate.

Dated this May 8th, 2024.

                **/s/ Octavio Gomez**
                Octavio "Tav" Gomez
                Florida Bar #: 0338620
                Georgia Bar #: 617963
                Pennsylvania #: 325066
                The Consumer Lawyers, PLLC
                412 E. Madison St. Ste 916
                Tampa, Florida 33602
                Cell: (813) 299-8537
                Facsimile: (844) 951-3933
                Primary Email:
                Tav@theconsumerlawyers.com
                Secondary Email:
                Lisa@theconsumerlawyers.com
                *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document was filed on this 8th of May, 2024 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

                **/s/ Octavio Gomez**
                Octavio "Tav" Gomez
                Georgia Bar #: 617963
                The Consumer Lawyers, PLLC
                *Attorney for Plaintiff*