## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

COREY ALAN HOUSTON,

  Plaintiff,

v.

                        CASE NO.: 1:24-cv-00392-LMM-JCF

EQUIFAX INFORMATION
SERVICES LLC, EXPERIAN
INFORMATION SOLUTIONS, INC.,
TRANS UNION LLC, and AVY
FEDERAL CREDIT UNION,

     Defendants.

_____/

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO EQUIFAX INFORMATION SERVICES LLC

COMES NOW Plaintiff, COREY ALAN HOUSTON, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses his causes of action in the Complaint against the Defendant EQUIFAX INFORMATION SERVICES LLC ("Equifax"). Defendant, Equifax, has neither filed an answer to the Complaint, nor a motion for summary judgment, therefore dismissal under Rule 41 (a)(1)(A)(i) is appropriate.

Dated this June 12, 2024.

                    **/s/Octavio Gomez**
                    Octavio "Tav" Gomez
                    Florida Bar #:0338620
                    Georgia Bar #: 617963
                    Pennsylvania #: 325066
                    The Consumer Lawyers, PLLC
                    412 E. Madison St, Ste 916
                    Tampa, FL 33602
                    Office: (813)299-8537
                    Facsimile: (844)951-3933
                    Primary Email:
                    Tav@theconsumerlawyers.com
                    Secondary Email:
                    Lisa@theconsumerlawyers.com
                    *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed on this 12th of June, 2024 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

                    **/s/Octavio Gomez**
                    Octavio "Tav" Gomez
                    Georgia Bar #: 617963
                    The Consumer Lawyers, PLLC
                    *Attorney for Plaintiff*