# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

COREY ALAN HOUSTON,

  Plaintiff,

v.                                                            CASE NO.:  1:24-cv-00392-LMM

EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, and NAVY FEDERAL CREDIT UNION,

  Defendants.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO NAVY FEDERAL CREDIT UNION

COMES NOW Plaintiff, COREY ALAN HOUSTON and the one remaining Defendant, NAVY FEDERAL CREDIT UNION and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(iii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff, against the Defendant NAVY FEDERAL CREDIT UNION in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 13th day of June, 2024.

1

| | |
|---|---|
| **/s/Octavio Gomez** | /s/*Jennifer E. Ziemann* |
| Octavio "Tav" Gomez | Jennifer E. Ziemann |
| Florida Bar #:0338620 | Georgia Bar No. 264280 |
| Georgia Bar #: 617963 | BURR & FORMAN LLP |
| Pennsylvania #: 325066 | 1075 Peachtree Street, N.E., Suite 3000 |
| The Consumer Lawyers, PLLC | Atlanta, Georgia 30309 |
| 412 E. Madison St, Ste 916 | Telephone: (404) 815-3000 |
| Tampa, FL 33602 | jziemann@burr.com |
| Office: (813)299-8537 | *Counsel for Defendant* |
| Facsimile: (844)951-3933 | *Navy Federal Credit Union* |
| Primary Email: | |
| Tav@theconsumerlawyers.com | |
| Secondary Email: | |
| Lisa@theconsumerlawyers.com | |
| *Attorney for Plaintiff* | |